**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STEVE KLEIN, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:21-cv-04181-GF |
| Plaintiff, | CLASS ACTION |
| v. | Honorable Gary Feinerman |
| ITERUM THERAPEUTICS PLC, COREY N. FISHMAN, and JUDITH M. MATTHEWS, | |
| Defendants. | |

**SUPPLEMENTAL DECLARATION OF ADAM M. APTON IN SUPPORT OF JACOB BREVARD AND MAY HLAING'S MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVALOF SELECTION OF COUNSEL**

I, Adam. M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner at the law firm of Levi & Korsinsky, LLP ("Levi & Korsinsky, LLP"), lead counsel for proposed Lead Plaintiffs Jacob Brevard and May Hlaing ("Movants"). I make this Supplemental Declaration in further support of Movants' Motion for Appointment as Co-Lead Plaintiffs and Approval of Selection of Counsel (ECF No. 15). I am informed and believe that the matters stated herein are true and correct and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the Supplemental Declaration of Hlaing May containing an Amended Certification of Plaintiff Pursuant to Federal Securities Laws.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Executed this 1st day of November 2021.

ADAM M. APTON

# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STEVE KLEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>ITERUM THERAPEUTICS PLC, COREY N. FISHMAN, and JUDITH M. MATTHEWS,<br><br>      Defendants. | Case No. 1:21-cv-04181-GF<br><br><u>CLASS ACTION</u><br><br>Honorable Gary Feinerman |

## <u>SUPPLEMENTAL DECLARATION OF HLAING MAY</u>

I, Hlaing May, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I respectfully submit this supplemental declaration in further support of my pending motion for appointment as co-lead plaintiff. I have personal knowledge about the contents of this declaration and would competently testify thereto if necessary.

2.      Attached hereto as Exhibit A is an Amended Certification containing a complete list of my transactions in Iterum Therapeutics Plc during the Class Period (i.e., November 30, 2020 through July 23, 2021).

3.      My previous certification contained an incomplete list of my transactions in Iterum securities due to a search error that occurred when requesting a transaction report for my E*TRADE Financial account (referred to as "Account 1"). I have since obtained a corrected transaction report. The transactions omitted from my previous certification are listed in the corrected report and are now contained in the Amended Certification.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Executed this ____11/1/2021_____.

DocuSigned by:

1BB28C1FDD5F4CB...

HLAING MAY

2

# EXHIBIT A

# AMENDED CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, May Hlaing, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Iterum Therapeutics Plc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct. Executed this _____10/30/2021_____.


Name: May Hlaing


Signed: [signature]

DocuSigned by:

1BB28C1FDD5F4CB...

DocuSign Envelope ID: 0465146B-D944-4208-94B6-A8CAA1CA0897

| Case Name | Iterum Therapeutics Plc |
| Ticker | ITRM |
| Class Period | 11-30-2020 to 07-23-2021 |

| Account 1 |
| **Client Name** |
| May Hlaing |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 02-11-2021 | P | 158 | $ 02.3950 |
| 05-04-2021 | P | 65 | $ 01.1458 |
| 05-07-2021 | P | 4672 | $ 01.0786 |
| 05-07-2021 | P | 4953 | $ 01.0600 |
| 05-07-2021 | P | 9345 | $ 01.0650 |
| 05-07-2021 | P | 9389 | $ 01.0650 |
| 05-11-2021 | P | 3 | $ 01.0072 |
| 05-19-2021 | P | 300 | $ 01.1350 |
| 05-19-2021 | P | 10300 | $ 01.1400 |
| 05-19-2021 | P | 6864 | $ 01.1500 |
| 05-19-2021 | P | 9002 | $ 01.1300 |
| 05-19-2021 | P | 16794 | $ 01.1200 |
| 05-24-2021 | S | -31845 | $ 01.1300 |
| 05-25-2021 | S | -11869 | $ 01.1200 |
| 05-25-2021 | S | -8131 | $ 01.1101 |
| 05-25-2021 | S | -10000 | $ 01.1312 |
| 05-25-2021 | S | -10000 | $ 01.1200 |
| 05-27-2021 | P | 5 | $ 01.5300 |
| 06-02-2021 | P | 1254 | $ 01.5475 |
| 06-04-2021 | P | 61728 | $ 01.6200 |
| 06-08-2021 | P | 1500 | $ 01.7950 |
| 06-08-2021 | P | 29654 | $ 01.7985 |
| 06-11-2021 | P | 26567 | $ 01.8893 |
| 06-14-2021 | P | 10100 | $ 02.0000 |
| 06-24-2021 | P | 12892 | $ 02.0500 |
| 06-24-2021 | P | 79700 | $ 02.0900 |
| 06-24-2021 | P | 300 | $ 02.0800 |
| 06-24-2021 | S | -115 | $ 02.0700 |
| 06-24-2021 | S | -42200 | $ 02.0300 |
| 06-24-2021 | S | -1200 | $ 02.0350 |
| 06-24-2021 | S | -51593 | $ 02.0200 |
| 06-24-2021 | S | -28300 | $ 02.0400 |
| 06-24-2021 | S | -6400 | $ 02.0450 |
| 06-24-2021 | S | -800 | $ 02.0410 |
| 06-24-2021 | S | -200 | $ 02.0310 |
| 06-25-2021 | P | 24154 | $ 02.1000 |
| 06-25-2021 | P | 22935 | $ 02.2000 |
| 06-28-2021 | S | -10000 | $ 02.3400 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 06-29-2021 | P | 36602 | $ 02.3200 |
| 06-29-2021 | P | 29439 | $ 02.3100 |
| 06-29-2021 | P | 30100 | $ 02.3400 |
| 06-29-2021 | P | 34555 | $ 02.3500 |
| 06-29-2021 | P | 25391 | $ 02.3500 |
| 06-29-2021 | P | 600 | $ 02.3590 |
| 06-29-2021 | P | 1900 | $ 02.3550 |
| 06-29-2021 | P | 29708 | $ 02.3600 |
| 06-29-2021 | S | -39932 | $ 02.2800 |
| 06-29-2021 | S | -90049 | $ 02.2700 |
| 07-02-2021 | S | -5500 | $ 01.4400 |
| 07-02-2021 | S | -84500 | $ 01.4200 |
| 07-02-2021 | S | -1438 | $ 01.3300 |
| 07-02-2021 | S | -58562 | $ 01.3200 |

| Case Name | Iterum Therapeutics Plc |
|---|---|
| Ticker | ITRM |
| Class Period | 11-30-2020 to 07-23-2021 |

| Account 2 |
|---|
| **Client Name** |
| May Hlaing |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 05-27-2021 | P | 50000 | $ 01.5500 |
| 05-28-2021 | S | -2094 | $ 01.4800 |
| 05-28-2021 | S | -47906 | $ 01.4400 |
| 06-01-2021 | P | 20200 | $ 01.4900 |
| 06-01-2021 | P | 30000 | $ 01.5200 |
| 06-01-2021 | S | -50200 | $ 01.5000 |
| 06-08-2021 | P | 13253 | $ 01.8200 |
| 06-08-2021 | P | 1599 | $ 01.8100 |
| 06-09-2021 | P | 30000 | $ 01.7500 |
| 06-10-2021 | P | 62 | $ 01.7799 |
| 06-21-2021 | P | 10000 | $ 02.0700 |
| 06-24-2021 | S | -54914 | $ 02.1000 |
| 06-24-2021 | P | 25000 | $ 02.0900 |
| 06-24-2021 | P | 10866 | $ 02.0800 |
| 06-24-2021 | P | 19134 | $ 02.0900 |
| 06-25-2021 | P | 10000 | $ 02.2400 |
| 06-28-2021 | S | -49250 | $ 02.2801 |
| 06-28-2021 | S | -15750 | $ 02.2800 |
| 06-28-2021 | P | 22300 | $ 02.3100 |
| 06-28-2021 | P | 7700 | $ 02.3050 |
| 06-28-2021 | P | 35000 | $ 02.3600 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 06-28-2021 | S | -65000 | $ 02.3600 |
| 06-28-2021 | P | 30000 | $ 02.4500 |
| 06-28-2021 | P | 35000 | $ 02.4800 |
| 07-02-2021 | S | -2137 | $ 01.4650 |
| 07-02-2021 | S | -13154 | $ 01.4600 |
| 07-02-2021 | S | -30 | $ 01.4550 |
| 07-02-2021 | S | -19679 | $ 01.4500 |
| 07-02-2021 | S | -30000 | $ 01.3800 |