**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Steve Klein

                                        Plaintiff,

v.                                                    Case No.: 1:21–cv–04181
                                                      Honorable Gary Feinerman

Iterum Therapeutics plc, et al.

                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 28, 2022:

        MINUTE entry before the Honorable Gary Feinerman:For the reasons set forth in the accompanying Memorandum Opinion and Order, Defendants' motion to dismiss [58] is granted. The operative complaint is dismissed without prejudice. Plaintiffs have until 1/24/2023 to file an amended complaint. If Plaintiffs do not amend, the dismissal will convert automatically to a dismissal with prejudice. If Plaintiffs amend, Defendants shall file a responsive pleading by 2/21/2023. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.