# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Steve Klein
                                    Plaintiff,

v.                                                                                              Case No.: 1:21–cv–04181
                                                                                            Honorable Robert W. Gettleman

Iterum Therapeutics plc, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 25, 2023:

      MINUTE entry before the Honorable Robert W. Gettleman: Pursuant to Judge Feinerman's order entered 12/28/2022 [72], this case is dismissed with prejudice. Hearing set for 2/2/2023 is stricken. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.