# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVE KLEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ITERUM THERAPEUTICS PLC, COREY N. FISHMAN, and JUDITH M. MATTHEWS,<br><br>Defendant. | Case No. 21 C 4181<br>Judge Robert W. Gettleman |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)

in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

☐ in favor of Defendant (s)

and against Plaintiff (s)
Defendant(s) shall recover costs from plaintiff(s).

☒ other: dismissed with prejudice.

This action was *(check one)*:
☐ tried by a jury with Judge  presiding, and the jury has rendered a verdict.
☐ tried by Judge  without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman

Date:  1/25/2023                    Thomas G. Bruton, Clerk of Court

                            Claire E. Newman, Deputy Clerk